# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON )
DETTMANN, as Co-Administrators of the Estate )
of Curtis Dettmann, )
                                                          Plaintiffs, )
)
                                                          v. )                Case No. 3:20-cv-00036-BJD-JRK
)
CENTURION OF FLORIDA, LLC; CENTURION )
MANAGED CARE OF FLORIDA, LLC; )
CENTURION, LLC; MHM SERVICES, INC.; )
CENTENE CORPORATION; RAKESH )
SHARMA; MARINETTE GONZALEZ; DAVID )
RODRIGUEZ; G. PEDROZA; J. QUINTINO; )
L. SWANSON; LPN C.S.; NURSE L.C.; K. )
NIELSON; L. BROWN; L. ROBERTS; NURSE )
[signature]; C. SMITH; )
K. MCCARTER; S. COOPER; T. ADKINS; )
B. PURVIS; S. JACKSON; LPN A.R.; NIKKI )
RICHARDSON; A. MASON; E. MORTON; )
C. MOODY; T. MAHONEY; M. ROTH; )
L. SWANSON; A. HARVEY; S. JACKSON; )
PRISCILLA ROBERTS; TAMARA TAYLOR; )
ROBERT E. SMITH, JR.; JULIE JONES; ERICH )
HUMMEL; THOMAS REIMERS; TIMOTHY )
WHALEN; DAVID ALLEN; and MAURICE )
RADFORD, )
)
                                            Defendants. )

## PLAINTIFFS' MOTION FOR
## ADMISSION OF COUNSEL PRO HAC VICE

Comes now undersigned counsel, Jesse B. Wilkison, pursuant to Local Rule 2.02(a), Middle District of Florida, and requests this Honorable Court enter its Order permitting out-of-state counsel, Sarah Grady, Steve Weil and Arthur Loevy, to appear pro hac vice as counsel for

the Plaintiffs, Sarah McCrimmon and Caron Dettmann as co, in the above-captioned matter.  In support thereof, the undersigned states.

    1.    Sarah Grady is a member of United States District Court for the Northern District of Illinois. Steve Weil is a member of the United States District Court for the Northern District of Illinois. Arthur Loevy is a member for the Northern District of Illinois. *See* Certificates of Good Standing attached as Exhibit 1.

    2.    Sarah Grady, Steve Weil and Arthur Loevy have never appeared in this Court or any other Florida Court, so their appearance in this matter would not constitute the maintenance of a regular practice of law in Florida.

    3.    Pursuant to Local Rule 2.02(a), Sarah Grady, Steve Weil and Arthur Loevy designate the firm of Sheppard, White, Kachergus & DeMaggio, P.A., all of the members of which are members of the Bar of this Court, to receive all notices and papers served and said firm will be responsible for the progress of this case, including the trial in default of the non-resident attorney.

    4.    Sarah Grady, Steve Weil, and Arthur Loevy have also complied with the fee and email registration requirements of Rule 2.01(d) by mailing of Special Admission Attorney Certification form to Clerk, Middle District of Jacksonville.

**WHEREFORE,** the undersigned respectfully requests that Sarah Grady, Steve Weil and Arthur Loevy be admitted or appear pro hac vice as counsel on behalf of Plaintiff Sarah McCrimmon and Caron Dettmann.

## MEMORANDUM OF LAW

Local Rule 2.02 allows a pro hac vice counsel to be admitted after complying with all of its stated requirements.  As set forth in the motion above, all of these requirements have been completed.  Accordingly, this motion should be granted.

DATED this 24th day of January 2020.

                                                Respectfully submitted,

                                             */s/ Jesse B. Wilkison*
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:    (904) 356-9661
Facsimile:    (904) 356-9667
Email:        sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF