```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators
of the Estate of Curtis Dettmann,

      Plaintiffs,

v.                                              Case No. 3:20-cv-36-J-39JRK

CENTURION OF FLORIDA, LLC,
et al.,

      Defendants.
_____

**ORDER**

    Plaintiffs seek an order permitting them to file their Application for Order Approving Division of Attorney Fees and Contingent Fee under seal pursuant to Local Rule 1.09(b) (Sealed Doc. 18).

    Finding the motion complies with Rule 1.09(b), the Court **grants** the motion. The seal shall not extend beyond one year. See M.D. Fla. R. 1.09(c).

    **DONE AND ORDERED** at Jacksonville, Florida, this 25th day of March, 2020.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Counsel of record