UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators
of the Estate of Curtis
Dettmann,

        Plaintiffs,

v.          Case No. 3:20-cv-36-J-39JRK

CENTURION OF FLORIDA, LLC,
et al.,

        Defendants.
_____

### ORDER

Plaintiffs' Motion for Extension of Time to Serve Defendants (Doc. 32) is **GRANTED.** Plaintiffs shall serve all Defendants and provide the Court with certification of service and documents reflecting proper, completed service upon each Defendant by **May 15, 2020.**

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of April, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

caw 4/30
c:
Counsel of Record