IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| SARAH MCCRIMMON and CARON DETTMANN, as Co-Administrators of the Estate of Curtis Dettmann, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:20-cv-0036-BJD-JRK |
| CENTURION OF FLORIDA, LLC., et al., | )<br>) Hon. Brian J. Davis, J. |
| Defendants. | )<br>) Hon. James R. Klindt, M.J |

**PLAINTIFFS' MOTION INSTANTER TO EXCEED PAGE LIMIT
IN CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs, by and through undersigned counsel, and pursuant to Local Rule 3.01, Middle District of Florida, respectfully moves this Honorable Court instanter for permission to exceed the twenty (20) page limit for filing a response to Defendants' Motions to dismiss. As grounds in support of this motion, Plaintiffs state:

1. On July 6, 2020, Plaintiffs moved for an extension of time to file responses to motions to dismiss filed by the Centurion Defendants (Doc. 63) and Defendant Cooper (Doc. 65). (Doc. 66). In that motion, Plaintiffs indicated that they would address the arguments contained in those motions—as well as a forthcoming motion to dismiss filed Defendants Purvis, Brown, and Swanson (Doc. 68)—in a single consolidated response. *Id.*

2. On June 7, 2020, this Court granted Plaintiff's Motion and ordered Plaintiff to respond to the two pending motions to dismiss on or before July 21, 2020. (Doc. 67).

3. Plaintiff's have prepared a consolidated response to all three motions to dismiss currently pending in this case. However, while preparing a single response has allowed Plaintiffs to address Defendants' arguments in a more concise manner, the consolidated response is longer

than the twenty-page limit for responses to motions permitted by the local rules. *See* M.D. Fla. Rule 3.01(b).

3. Plaintiffs' counsel has strived to present all facts and issues in as succinct a manner as possible. However, the complexity of the issues addressed in the above-referenced motion—which includes addressing complex legal defenses such as sovereign immunity, municipal liability, and qualified immunity—precludes addressing the issues raised in the three motions to dismiss in twenty pages.

4. Accordingly, the Plaintiffs respectfully request that this Court grant them leave to exceed this Court's normal page limitation in light of the issues and matters addressed in the motions to dismiss.

5. Undersigned counsel has conferred with counsel for the Defendants and is authorized to represent that Defendants do not oppose the requested extension.

WHEREFORE, Plaintiffs respectfully moves this Honorable Court for leave to exceed this Court's page limitation in filing a consolidated response to the Motions to Dismiss filed in this cause (Doc. 63, 65, and 68) of 32 pages in length.

## MEMORANDUM OF LAW

This Court has the authority to grant the relief requested. Local Rule 3.01 imposes a 25-page limit on motions and a 20-page limit on motion responses. However, Plaintiffs have demonstrated good cause for the relief requested in the above motion. Accordingly, this Court should grant the relief requested and allow Plaintiffs to file a motion in excess of 20 pages.

**[SIGNATURE ON FOLLOWING PAGE]**

July 21, 2020                                         Respectfully submitted,

                                            /s/ Stephen H. Weil
                                            Stephen H. Weil
                                            Attorney for Plaintiffs


Sarah Grady
Steve Weil
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
sarah@loevy.com

Jesse Wilkison
SHEPPARD, WHITE, KACHERGUS & DEMAGGIO, P.A.
215 North Washington St.
Jacksonville, FL 32202
T: (904) 356-9661

## CERTIFICATE OF SERVICE

      I, Stephen H. Weil, an attorney, hereby certify that on July 21, 2020 I filed the foregoing Motion To Exceed Page Limit In Consolidated Response to Defendants' Motions to Dismiss via the Court's CM/ECF system which effected service on all counsel of record. .

                              /s/ Stephen H. Weil
                              Stephen H. Weil
                              One of Plaintiffs' Attorneys