UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators
of the Estate of Curtis
Dettmann,

        Plaintiffs,

v.	Case No. 3:20-cv-36-J-39JRK

CENTURION OF FLORIDA, LLC,
et al.,

        Defendants.
_____

**ORDER**

    Counsel's Motion to Withdraw as Counsel for Defendants (Doc. 84) is **STRICKEN**. The Motion does not comply with Local Rule 2.03(b), United States District Court, Middle District of Florida. Counsel shall refile the motion in compliance with the Rule.

    **DONE AND ORDERED** at Jacksonville, Florida, this 28th day of October, 2020.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

caw 10/28
c:
Counsel of Record