IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators of
the Estate of Curtis Dettmann,

    Plaintiffs,

v.                                                          Case No.: 3:20-cv-00036-BJD-JRK

CENTURION OF FLORIDA, LLC, et al.

    Defendants.
_____/

## AMENDED MOTION TO WITHDRAW

COMES NOW, counsel for Defendants **Centurion of Florida, LLC, Tanesha Adkins, Marinette Gonzalez Morales, Ashley Harvey n/k/a Ashley Hawkins, April Mason, Kayla McCarter, Clarissa Moody, Elizabeth Morton, Kimberly Nielson, John Quintino, Alex Renelus, Priscilla Roberts, David Rodriguez, Michael Roth, Rakesh Sharma, Tamara Taylor, Linda Roberts, Gerardo Pedroza, Nikki Richardson, Luz Cruz, Tabitha Mahoney, Cayman Smith** and **Shenka Jackson (collectively, "Defendants")**, and gives notice that effective October 30, 2020, Eliot B. Peace, one of the attorneys for Defendants in the above-styled cause, is no longer employed with the firm of Bradley Arant Boult Cummings LLP and consequently, moves the Court for permission to withdraw Eliot B. Peace from the representation of Defendants in this matter. Defendants will continue to be represented by Brian Wahl and Jacob Hanson of Bradley Arant Boult Cummings LLP.

Additionally, Defendants **Centurion of Florida, LLC, Tanesha Adkins, Luz Cruz, Marinette Gonzalez Morales, Shenka Jackson, Kayla McCarter, April Mason, Clarissa Moody, Elizabeth Morton, Gerardo Pedroza, John Quintino, Alex Renelus, Linda Roberts,**

4817-1668-9874.1

**Rakesh Sharma,** and **Michael Roth**, have consented to the withdrawal of Eliot B. Peace as their counsel of record, and their continued representation by Brian Wahl and Jacob Hanson of Bradley Arant Boult Cummings LLP. Defendants **Tamara Taylor, Cayman Smith, Michael Roth, Priscilla Roberts, David Rodriguez, Nikki Richardson, Kimberly Nielson, Tabitha Mahoney,** and **Ashley Harvey n/k/a Ashley Hawkins** were notified of the withdrawal more than 14 days ago, however, did not respond or otherwise have a position on the withdrawal.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order withdrawing Eliot B. Peace from representation of Defendants **Centurion of Florida, LLC, Tanesha Adkins, Marinette Gonzalez Morales, Ashley Harvey n/k/a Ashley Hawkins, April Mason, Kayla McCarter, Clarissa Moody, Elizabeth Morton, Kimberly Nielson, John Quintino, Alex Renelus, Priscilla Roberts, David Rodriguez, Michael Roth, Rakesh Sharma, Tamara Taylor, Linda Roberts, Gerardo Pedroza, Nikki Richardson, Luz Cruz, Tabitha Mahoney, Cayman Smith** and **Shenka Jackson** and relieving him of any further duty and obligation in this lawsuit.

        Respectfully submitted,

        */s/ Jacob Hanson*
        Brian A. Wahl (FBN 95777)
        Bradley Arant Boult Cummings LLP
        1819 5th Avenue North
        Birmingham, AL 35203
        Tel: (205) 521-8800
        bwahl@bradley.com

        Jacob Hanson (FBN 91453)
        Bradley Arant Boult Cummings LLP
        100 North Tampa Street, Suite 2200
        Tampa, Florida 33602
        Tel: (813) 559-5500
        jhanson@bradley.com
        ***Counsel for Defendants Centurion of Florida, LLC, Tanesha Adkins, Marinette Gonzalez Morales, Ashley***

*Harvey n/k/a Ashley Hawkins, April Mason, Kayla McCarter, Clarissa Moody, Elizabeth Morton, Kimberly Nielson, John Quintino, Alex Renelus, Priscilla Roberts, David Rodriguez, Michael Roth, Rakesh Sharma, Tamara Taylor, Linda Roberts, Gerardo Pedroza, Nikki Richardson, Luz Cruz, Tabitha Mahoney, Cayman Smith and Shenka Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Jacob Hanson*
***Counsel for Defendants***