UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators
of the Estate of Curtis Dettmann,

      Plaintiffs,

v.                                      Case No. 3:20-cv-36-BJD-JRK

CENTURION OF FLORIDA, LLC,
et al.,

      Defendants.
_____

## ORDER

The parties' Motion for Extension of Deadlines and Trial Continuance (Doc. 112) is **GRANTED** to the extent the Court will enter an amended Case Management and Scheduling Order setting the case on the July 2022 trial term and extending other deadlines in consideration of the parties' requested dates as the Court's calendar permits.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of March, 2021.

_____
BRIAN J. DAVIS
United States District Judge

caw 3/29
c:    Counsel of Record