## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators of
the Estate of Curtis Dettmann,

     Plaintiffs,

v.                                        Case No.: 3:20-cv-00036-BJD-JRK

CENTURION OF FLORIDA, LLC, et al.,

     Defendants.

_____/

### DECLARATION OF RORY GRIFFIN

I, Rory Griffin, do hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 that this declaration is made of my own personal knowledge, that I am competent to testify as to the matters stated herein, and that the following statements are all true and correct.

1.     Since 2018, I have worked as the Legal Operations Manager for Centurion, LLC's wholly-owned subsidiaries, including Centurion of Florida, LLC ("Centurion"). I have 20 years of experience in the area of managing, searching, and organizing electronically stored information ("ESI").

2.     In my capacity as Legal Operations Manager, I am familiar with the practices for archiving and searching ESI created by custodians working with wholly-owned subsidiaries of Centurion, LLC, including Centurion. I am also familiar with the efforts and costs associated with collecting and producing ESI responsive to Plaintiffs' discovery requests in the above captioned litigation.

1

3.      Centurion, LLC uses the Barracuda Message Archiver, Cloud Archiving Service, with a Stand-Alone Search Utility v.5.2.123.0, which archives emails on a daily basis.  The Barracuda Message Archiver can search emails through word searches, can use "AND" and "OR" as connectors, and can filter searches by a date range.  It cannot, however, filter email searches using complex Boolean language searches, root expanders, or other connectors such as "w/3" (within three words), "but not" (eliminating documents including certain terms), or "/s" (same sentence).  Emails can be searched by specific users' name or email address, or based on an email domain.

4.      From 2016 through 2018, individuals working pursuant to Centurion's contract with the Florida Department of Correction ("FDOC") were assigned an email address with the centurionoffl.com and mhm-services.com domains.  In January 2019, the mhm-services.com domain was changed to teamcenturion.com.  Because individuals working pursuant to Centurion's contract with FDOC have email addresses with 2-3 different domains, it is not possible to limit a search to only the centurionoffl.com domain and expect to capture all of their email communications.  A search run against the mhm-services.com or teamcenturion.com domains would also capture communications of individuals completely unrelated to Centurion, for example, individuals working with other wholly-owned subsidiaries of Centurion, LLC in other states.

5.      Searches were run in the Barracuda Message Archiver with the following parameters:

**Date range**:  Dec. 6, 2017 - July 31, 2018

**Search terms**:

Curtis
Dettman
Dettmann
Detman

2

Detmann
v38231
38321
[Curtis Dettman's SSN]
cdiff
diff
clostridium
colitis
ischemic
diaper
vomit
vomits
vomited
vomiting
faking
weight
perianal hidradenitis
j00222782749
me18-0060
18-0060
caron
McCrimmon
18-01522
201711170004

**Custodians**:

Tanesha Adkins
Nalini Anandjiwala
John Boyd
Calderon Calixto
Zoe Edwards
Cecilie Ibe
Tabitha Mahoney
Kayla McCarter
Clarissa Moody
Marinette Gonzalez Morales
Elizabeth Morton
Gerardo Pedroza-Sierra
Patrick Pultz
Kathryn Reed
Alex Renelus
Shawn Richardson
Priscilla Roberts
David R. Rodriguez

3

Rakesh Sharma
Tamara Taylor
Juan Santiago-Rivera
Ashley Weseman

This produced a total of 11,106 documents with hits for at least one of the terms, including family members, after de-duplication.

6.      A search of the terms "diagnosis" and "healthcare" through the emails of the same 22 individuals, from the date range of December 6, 2017 through July 31, 2018, produced the following number of emails, or attachments to emails, with hits for those terms:

Diagnosis – 5,128
Healthcare – 3,541

7.      A search in the Barracuda Message Archiver of the term "Dettman" run across all email domains used by individuals working pursuant to Centurion's contract with FDOC from December 6, 2017 – present produced approximately 5,246 emails, or attachments to emails.

8.      The email from the named individual defendants, Rakesh Sharma, MD, Marinette Gonzalez Morales, MD, David E. Rodriguez, MD, Gerardo A. Pedroza-Sierra, MD, Elizabeth Morton, RN, Tabatha L. Mahoney, RN, Priscilla L. Roberts, and Tamara Taylor from January 1, 2018 – May 31, 2020 totals 60 GB of data.

9.      A search of all of the emails from, to, cc, or bcc Rakesh Sharma, MD, Tamara Taylor, Priscilla L. Roberts, and Patrick Pultz, from Dec. 6, 2017 - July 31, 2018, totaled 8,916 emails.

10.     Centurion, LLC and its wholly-owned subsidiaries work with a third-party vendor to host ESI on the Relativity platform to facilitate document reviews and productions when needed for litigation purposes. Emails collected from certain Centurion custodians have been uploaded to the Relativity platform to aid in responding to discovery requests in the instant litigation. To date,

4

over 9,000 of those emails and their attachments have been reviewed for relevancy. To date, the third-party vendor has billed over $4,286 for hosting over 6.8 GB of data and processing that data for productions to Plaintiff. The vendor will continue to charge a hosting fee of $706.87 a month for the duration of the litigation, or until such time as it is no longer necessary to house the collected ESI on the Relativity platform, and will charge additional fees for the remaining ESI productions.

I declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 13th day of August, 2021.

_Rory Griffin_
Rory Griffin