IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
FLORIDA, JACKSONVILLE DIVISION
CASE NO.: 3:20-cv-00036-BJD-JRK

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators of the Estate
of Curtis Dettmann,

       Plaintiff,

vs.

CENTURION OF FLORIDA, LLC; RAKESH
SHARMA; MARINETTE GONZALEZ; DAVID
RODRIGUEZ; G. PEDROZA; J. QUINTINO;
L. SWANSON; LPN C.S.; NURSE L.C.; K.
NIELSON; L. BROWN; L. ROBERTS; NURSE
⟨illegible⟩; C. SMITH;
K. MCCARTER; S. COOPER; T. ADKINS;
B. PURVIS; S. JACKSON; LPN A.R.; NIKKI
RICHARDSON; A. MASON; E. MORTON;
C. MOODY; T. MAHONEY; M. ROTH;
A. HARVEY; PRISCILLA ROBERTS;
TAMARA TAYLOR; ROBERT E. SMITH, JR.;
JULIE JONES; ERICH HUMMEL; THOMAS
REIMERS; TIMOTHY WHALEN; DAVID
ALLEN; and MAURICE RADFORD

       Defendants.

_____/

## DEFENDANT, TIMOTHY WHELAN'S, OFFER OF JUDGMENT TO PLAINTIFF

PLEASE TAKE NOTICE THAT, Defendant, Timothy Whelan ("Defendant") hereby

offers to allow entry of judgment to be taken against him pursuant to Rule 68 of the Federal Rules

of Civil Procedure as follows: a judgment in favor of Sarah McCrimmon and Caron Dettman, as

Co-Administrators of the Estate of Curtis Dettman ("Plaintiff") and against Defendant, in the sum

of $2,500.00 (TWO THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS), less the

amount of costs accrued in favor of Plaintiff, with the result that the total judgment amount,

including Plaintiff's claims for punitive damages and all other claims raised in Plaintiff's

Complaint, as well as all recoverable costs which Defendant shall be obligated to pay, shall be $2,500.00. This shall be the total amount to be paid by Defendant on account of any and all liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff.

If Plaintiff does not accept this offer, Plaintiff may be obligated to pay Defendant costs incurred after the making of this offer in the event that Plaintiff does not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must serve written notice of acceptance thereon within fourteen (14) days of the day this offer is made.

This offer is not to be construed in any way as an admission of liability by the Defendant, but rather is made solely for the purpose of compromising a disputed claim.

Dated: _____ October 14, 2021 _____

_____ /s/ Daniela Mason _____
**MICHAEL L. GLASS, ESQUIRE**
FBN: 081272
**DANIELA R. MASON, ESQUIRE**
FBN: 64059
**STONE, GLASS & CONNOLLY, LLP**
3020 Hartley Road, Suite 250
Jacksonville, Florida 32257
Telephone: (904) 886-1919
Facsimile: (904) 886-9292
Service emails: mglass@sgc-attorneys.com
pleadings@sgc-attorneys.com
Attorneys for Defendant Timothy Whelan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail to: **Jesse Wilkison, Esquire**, *Attorney for Plaintiff* at sheplaw@sheppardwhite.com; **Arthur Loevy, Esquire**, *Co-Counsel for Plaintiff* at arthur@loevy.com; sarah@loevy.com; weil@loevy.com; **Brian Wahl, Esquire and Jacob Hanson**, *Counsel for Centurion* at bwahl@bradley.com, jhanson@bradley.com, mnewman@bradley.com, jgarren@bradley.com, tramsay@bradley.com; R. Craig Mayfield, Esquire, cmayfield@bradley.com, mnewman@bradley.com, jgarren@bradley.com, and lallmond@bradley.com on this 14th day of October 2021.

_/s/ Daniela Mason_
**MICHAEL L. GLASS, ESQUIRE**
FBN: 081272
**DANIELA R. MASON, ESQUIRE**
FBN: 64059
**STONE, GLASS & CONNOLLY, LLP**
3020 Hartley Road, Suite 250
Jacksonville, Florida 32257
Telephone: (904) 886-1919
Facsimile: (904) 886-9292
Service emails: mglass@sgc-attorneys.com
pleadings@sgc-attorneys.com
Attorneys for Defendant Timothy Whelan