UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators
of the Estate of Curtis
Dettmann,

      Plaintiffs,

v.                        Case No. 3:20-cv-36-BJD-JRK

CENTURION OF FLORIDA, LLC,
et al.,

      Defendants.
_____

## ORDER

Defendants' Notices of Offer of Judgment to Plaintiff (Docs. 157–163) are **STRICKEN**. The rules of procedure do not provide for the filing of such notices. See Fed. R. Civ. P. 68(a) (providing an offer of judgment may be filed only after the offer is accepted).

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of October, 2021.

                                            JAMES R. KLINDT
                                        United States Magistrate Judge

caw 10/15
c:
Counsel of Record