| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **22091/ MED** ▮ TPN C5 SPINAL CORD INJURY BASSA 11/29/17 | **22092/MED** ▮ REGULAR WEAK/ACUTE/DEHYDRATION SANTIAGO 12/13/17 | **22093/MED** ▮ REGULAR BRAIN LESION GONZALEZ 12/14/17 | **22094/MED** ▮ NPO/TPN STG 4 COLORECTAL CANCER ST. CHARLES 11/30/17 | **22095/MED** | **22096** ▮ JEVITY 1.2 HEMISPHERIC INFARCTION, S/P CRAINIOTOMY KAZVINOVA 12/04/17 | **22097** ▮ 3000 COLON CANCER/CHEMO SANTIAGO 8/7/17 | **22098/ MED** ▮ FULL LIQUID POST/OP/ESOPAGEAL CA BASSA 12/7/17 | **A-Team** KEY: 203 22091-98 |
| **22101/MED** ▮ REGULAR INFECTED L THA, HTN SANTIAGO 12/6/17 | **22102/MED** ▮ TF W/JEVITY 1.5 DYSPHAGIA BASSA 12/05/17 | **22103 MED** ▮ 3000 RELASPED AML BELIZAIRE 9/6/17 | **22104/ MED/** ▮ FULL LIQUID S/P ABD EXP/ CECAL CARCINOMA GARCON 12/19/17 | **22105/MED** ▮ DIALYSIS PNA SANTIAGO 12/07/17 | **22106/MED** ▮ SOFT MECHANICAL Laryngeal voice prosthetic fell out GARCON 12/15/17 | **22107/ MED** ▮ 2600 PERITONITIS,COLON CA, CHEMO GARCON 7/19/17 | **22108/ MED** ▮ REGULAR SICKLE CELL CRISIS GONZALEZ 10/21/17 | **B-Team** KEY: 223 22101-108 |
| **22111 FALL** ▮ 3000 HIV/ DEMENTIA GONZALEZ 8/28/17 | **22112 FALL** ▮ LOW SAL SPINAL STENOSIS BASSA 12/5/17 | **22113/FALL** ▮ 3000 GUILLAN-BARRE SYNDROME GONZALEZ 11/07/17 | **22114/FALL** ▮ REGULAR PLEURAL EFFUSION ST CHARLES | **22115/FALL/MED** ▮ REGULAR BRAIN CA GARCON 05/19/17 | **22116/FALL** Reserve fot Baker Inmate 12/21/2017 12/21/2017 | **22117/4000** ▮ 2800 AML ST. CHARLES 11/12/17 | **22118/MED/FALL** ▮ 4000 PROSTATE CA/METS/LIVER BASSA 9/18/17 | **C-TEAM** KEY: 205 22111-22124 |
| **22121/MED/SURG** ▮ SOFT MECH RT AXILLARY CELLULITIS GONZALEZ 10/22/17 | **22122/MED** ▮ LOW SALT SOB NEW ADMIT 12/21/17 | **22123/ MED** | **22124/MED** ▮ 3000 ALL/GVHD KAZVINOVA 09/08/17 | **22125** ▮ REGULAR RECTAL CA GONZALEZ 10/24/17 | **22126/MED** ▮ LOW RES/TPN RECTAL CA/METS/LIVER GARCON 10/06/17 | **22127 MED/DNR** ▮ 3000 URINARY RETENSION/BIL HYDRONEPHROSIS BELIZARE 8/24/17 | **22128/MED** | |
| | **22132/MED** ▮ 3000 UTI/STAGE 3 WOUND VAC GONZALEZ 12/13/17 | **22133** ▮ 3000 COLON CA SANTIAGO 09/18/17 | **22134** | **22135** ▮ PEG TUBE/ GLUCERNIA PEG TUBE DYSFUNCTION SANTIAGO 12/07/17 | **22136/ MED** ▮ REGULAR LG LEFT LUNG INFILTRATE & EFFUSION GARCON 12/7/17 | **22137/ MED** ▮ LOW SALT L. LEG PAIN/ CELLULITIS KAZVINOVA 12/5/17 | **22138/MED** ▮ REGULAR RT NECK MASS/SICLOLITIASIS RT SUBMANDIBULAR GLAND ST. CHARLES 12/7/17 | **D-TEAM** KEY: 201 22125-22138 |
| **D 22011 ONE/ONE** ▮ FULL LIQUID ABD PAIN/ C-DIFF ONE ON ONE ST. CHARLES 11/02/17 | **D  22021/MED** ▮ | **B  22031/CDIFF** ▮ CLEAR LIQUIDS GI BLEED, ANEMIA, C-DIFF KAZVINOVA 12/14/17 | **B22041/ MED** ▮ MSU | **B 22051/ MED** ▮ MSU | **B 22061/MED** ▮ LOW RESIDUE FB REMOVAL ABD ABD BLADDER BELIZAIRE 12/19/17 | **C 22071/MED** ▮ REG DEMENTIA, AML BELIZAIRE  12/4/17 | **C 22081/MED** ▮ B05217 REGULAR EPI-GASTRIC HERNIA REPAIR HOUSED 12/19/17 | |
| **NARC CART** KEY:242 Key:225 | **D 22022/MED** ▮ PUREE/FEED TBI SANTIAGO 06/29/17 | **B 22032/CDIFF** ▮ TF CVA GONZALEZ 12/14/17 | **B 22042/MED** MSU | **B 22052** MSU | **B 22062/MED** LOCKED | **B 22072** LOCKED | **C 22082** LOCKED | |

| Room | Diet | Condition | Provider / Date |
|---|---|---|---|
| 12091 FALL/MED | REGULAR | B CELL LYMPHOMA | BELIZAIRE 11/26/17 |
| 12092/FALL/MED | 2600 | Seizures | ST. CHARLES 12/15/17 |
| 12093/FALL | MECH SOFT | SELF CARE DEFICIT | BELIZAIRE 12/16/17 |
| 12094/FALL | NPO X 24 HOURS, THEN CLEAR LIQUIDS | VERTIGO, EMESIS, WEAKNESS | GARCON 12/15/17 |
| 12095/FALL /MED | 3000 | SZ FROM HEAD INJURY | BELIZAIRE 12/14/17 |
| 12096/FALL | FULL LIQ/ENSURE 2 TID | L SDH/L CRAINIOPLASTY | ST. CHARLES 9/1/17 |
| 12097/FALL/MED | REGULAR | HTN, RIGHT KA REVISION | KAZVINOVA 12/08/17 |
| 12098/FALL/MED | | | |
| **A-TEAM** — 12091-12098, 12101-12104, KEY: 208 | | | |
| 12101 | CARDIAC | CHF | KAZVINOVA 11/17/17 |
| 12102/MED | REGULAR | LUNG CA,HIV | SANTIAGO 9/22/17 |
| 12103/ MED | REGULAR | LEFT LOCALIZED PE R/O TB | BELIZAIRE 11/27/17 |
| 12104/MED | 3000/FEED | S/P ASSAULT | SANTIAGO 8/31/17 |
| 12105/MED | REGULAR | TRAUMATIC SPINAL CORD INJURY | KAZVINOVA 10/31/17 |
| 12106/MED | | | |
| 12107/SURG | 3000 | NECK MASS/BLADDER CA/CHEMO | BELIZAIRE 1/23/17 |
| 12108/MED | 2200 | OSTEOMYLITIS L/ FOOT | KAZVINOVA 10/25/17 |
| 12111/MED | REGULAR | RT. PERORBITAL CELLULITIS | SANTIAGO 12/15/17 |
| 12112/ MED | REGULAR | S/P TRIPLE A REPAIR | GARCON 10/05/17 |
| 12113 | 3000 | ENTEROCOCCAL ENDOCARDITIS | BELIZAIRE 9/21/17 |
| 12114/MED | REGULAR | EPIDIDYMITIS | GARCON 12/19/17 |
| 12115/MED | DIALYSIS | SEVERE AORTIC STENOSIS | BASSA 12/06/17 |
| 12116/ MED | REGULAR | TONGUE CA/METS TO HEAD/NECK | KAZVINOVA 12/7/17 |
| 12117/MED | REG/JEV1.5 | TONGUE CA/NECK MASS/CHEMO | GARCON 6/22/17 |
| 12118/MED | REGULAR | PANCREATIC CANCER | SANTIAGO 11/9/17 |
| **B - TEAM** — KEY: 202 | | | |
| **C-TEAM** 12121-28, FEMALE BAY, KEY 206 | | | |
| 12121/MED | REGULAR | METASTATIC BREAST CA | SANTIAGO 10/18/17 |
| 12122/ MED | 2600 | OVARIAN CANCER/HYPOKALEMIA | KAZVINOVA 11/17/17 |
| 12123/ MED | GI SOFT/ LOW RESIDUE | INVASIVE ANAL CANCER | GONZALEZ 11/10/17 |
| 12124 | REGULAR | ABDOMINAL FISTULA | HOUSED 12/20/17 |
| 12125/MED | JEVITY 1.5 | BRAIN SURGERY | BELIZAIRE 12/15/17 |
| 12126/MED | REGULAR | STAGE 3 CERVICAL CA | HOUSED 12/19/17 |
| 12127 | REG | ENDOMET/CA | ST. CHARLES 10/18/17 |
| 12128 | | | |
| **D 12141 MSU** | | | |
| **D-TEAM** 12131-38, KEY:234 | | | |
| 12131/MED | DIALYSIS | ACUTE RENAL FAILURE | SANTIAGO 11/22/17 |
| 12132 | TUBE FEEDING/NPO | TBI/NONVERBAL VEGETATIVE STATE | KAZVINOVA 5/22/17 |
| 12133/MED | LOW RESIDUE | ACA/ OF RECTUM | ST. CHARLES 9/8/17 |
| 12134/ MED | LOW SALT FL RES | S/P CRANIOTOMY, R/O CA OF BRAIN | BELIZAIRE 12/09/17 |
| 12135/MED | REGULAR | CERVICAL MYELOPATHY S/P ACDF C4-C7 | GARCON 12/7/17 |
| 12136 | CFO | CHF | BASSA 9/8/17 |
| 12137/MED | 3000 | DYSPNEA/LUNG CA/PNEUMONIA | BELIZAIRE 10/7/17 |
| 12138/MED/GP | 2600 | TONSILAR CA | ST. CHARLES |
| **D12142** — Locked | | | |
| D 12011/MED | SOFT | PNA | GARCON 12/20/17 |
| D12021/MED | REGULAR | UTI/ URETHRAL TRAUMA | KAZVINOVA 11/16/17 |
| D12031 | REGULAR | RENAL CELL CARCINOMA,METS | GONZALEZ 12/09/17 |
| A12041/MED/ ISO | DIABETIC | GI BLEED WITH MELENA, CDIFF | GONZALEZ 12/20/17 |
| D 12051/MED | REGULAR | S/P FOREIGN BODY REMOVAL | ST. CHARLES 12/08/17 |
| B 12061/MED | SOFT MECHANICAL | SELF INFLICTED ABD WOUND | BELIZAIRE 11/20/17 |
| C12071 | FULL LIQUID | ORIF MANDIBLE | HOUSED 12/21/17 |
| C12081/CDIFF | 3000/TPN | C-DIFF | GONZALEZ 12/1/2017 |
| D12012 | MSU | | |
| D 12022 /MED | MECH SOFT | C-DIFF | SANTIAGO 12/11/17 |
| D12052 | 1:1 | | |
| B 12062/ MED | 1:1 | | |
| C 12072 | | | |
| C12082/CDIFF | 3000 | S/P HIP FX,REPAIR, SACRAL ULCER | ST. CHARLES 12/15/17 |
| **NARC CART** — KEY: 232, KEY; 244 | | | |