| REGION 1 OUTSTANDING MORTALITY | 3/27/2018 | CHART | FORMS | FED REP | AUTOPSY | ADD'L RECORDS | |
|---|---|---|---|---|---|---|---|
| **Apalachee:** | | | | | | | |
| ▓▓▓▓▓▓; DOD: 6/17 | | | | | | **PSYCH** | |
| ▓▓▓ DOD: 10/2 | | | | | X | | |
| ▓▓▓ DOD: 10/12 | | | | | X | | |
| ▓▓▓▓▓ DOD: 1/9 | | | | | X | | |
| **Calhoun:** | | | | | | | |
| ▓▓▓▓ DOD: 7/5 | | | | | X | | |
| ▓▓▓ DOD: 9/29 | | | | | X | | |
| **Century:** | | | | | | | |
| ▓▓▓ DOD: 6/19 | | | | | X/H | | |
| ▓▓ DOD: 11/4 | | | | | X | | |
| ▓▓▓ DOD: 11/29 | | | | | X | | |
| ▓▓ DOD: 1/6 | | | | | X | | |
| **Franklin:** | | | | | | | |
| ▓▓ DOD: 2/1/**16** | | | | | X/H | | |
| ▓▓▓ DOD: 2/15 | | X | X | X | X | | Ext granted 3/9/18 |
| **Gulf:** | | | | | | | |
| ▓▓▓▓▓ DOD: 8/15 | | | | | X | | |
| ▓▓▓▓ DOD: 10/28 | | | | | X | | |
| ▓▓▓ DOD: 1/8 | | | | | X | | |
| ▓▓▓ DOD: 1/17 | | | | | X | **PSYCH/2nd Review/CAP** | |
| ▓▓▓▓▓▓; DOD: 1/29 | | | | | X | **PSYCH/2nd Review** | |
| ▓▓▓ DOD: 2/2 | | | | | X/H | | |
| ▓▓▓ DOD: 2/28 | | | | | X/H | | |
| **Holmes:** | | | | | | | |
| Nothing | | | | | | | |
| **Jackson:** | | | | | | | |
| ▓▓▓ DOD: 9/29 | | | | | X/H | | |
| ▓▓▓ DOD: 2/4 | | | | | X/H | D/C Summary | Jackson |
| ▓▓▓ DOD: 2/20 | | | **503/504/508** | | X/H | D/C Summary/**CAP** | Jackson |
| ▓▓▓▓ DOD: 3/22 | | X | X | X | X/H | D/C Summary | Jackson |
| **Jefferson:** | | | | | | | |
| ▓▓▓ DOD: 11/4/**15** | | | | | X/H | | |
| ▓▓▓▓ DOD: 11/30 | | | | | X | D/C Summary | TMH |
| ▓▓ DOD: 1/4 | | | | | X | | |
| ▓▓▓ DOD: 3/5 | | | | | X | | |
| ▓▓▓ DOD: 3/11 | | X | X | X | X | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOD: 3/14 | | | X | X | X | | |
| **Liberty:** | | | | | | | |
| DOD: 11/18 | | | | | X | | |
| DOD: 1/14 | | | | | X | D/C Summary | CLH |
| **NWFRC:** | | | | | | | |
| DOD: 6/8 | | | | | | **PSYCH/2nd Review** | |
| DOD: 12/25 | | | | | | **PSYCH/2nd Review/CAP** | |
| DOD: 2/4 | | | | | X | | |
| DOD: 2/22 | **X** | **X** | **X** | X | | **CAP** | |
| **Okaloosa:** | | | | | | | |
| DOD: 7/8 | | | | | X/H | | |
| DOD: 11/10 | | | | | X | | |
| DOD: 1/2 | | | | | X | | |
| DOD: 1/20 | | | | | X | | |
| DOD: 3/16 | | X | X | X | X | D/C Summary | NOMC |
| **Santa Rosa:** | | | | | | | |
| DOD: 1/22/**17** | | | | | X/H | | |
| DOD: 7/2 | | | | | X | **PSYCH/2nd Review** | |
| DOD: 10/9 | | | | | X | | |
| DOD: 11/9 | | | | | | **PSYCH/2nd Review** | |
| DOD: 11/14 | | | | | X | | |
| DOD: 11/27 | | | | | X | | |
| DOD: 1/17 | | | | | X | | |
| DOD: 1/24 | | | | | X | | |
| DOD: 3/9 | | X | X | X | X | | |
| DOD: 3/10 | | X | X | X | X | D/C Summary | SR Hospital |
| DOD: 3/15 | | X | X | X | X | | |
| **Taylor:** | | | | | | | |
| DOD: 10/30 (from RMC) | | | | | | **CAP** | |
| DOD: 11/16 | | | | | X | | |
| DOD: 1/28 | | | | | | **CAP** | |
| DOD: 2/11 | | | | | X | **CAP** | |
| DOD: 2/26 | | **X** | **X** | **X** | | D/C Summary | MM |
| **Wakulla:** | | | | | | | |
| DOD: 10/2 | | | | | X/H | | |
| DOD: 11/29 | | | | | X | **CAP** | |
| **Walton:** | | | | | | | |
| DOD: 9/4 (from RMC) | | | | | | **Incomplete IR/CAP** | **Sent: 12/4** |

Worksheet: **REGION I**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▮▮▮ DOD: 1/10 | | | | | X | D/C Summary | CLH |
| ▮▮▮ DOD: 3/21 | | X | X | X | X | | |
| ▮▮▮ DOD: 3/25 | | X | X | X | X | | |

**LATE/OVERDUE in RED**

| REGION 2 OUTSTANDING MORTALITY | 3/27/2018 | CHART | FORMS | FED REP | AUTOPSY | ADD'L RECORDS | |
|---|---|---|---|---|---|---|---|
| **Baker:** | | | | | | | |
| Peters; DOD: 5/12/**16** | | | | | X | | |
| Parks; DOD: 11/19 | | | | | X | | |
| **Columbia:** | | | | | | | |
| Ferkin; DOD: 8/29 | | | | | X/H | | |
| Holloman; DOD: 9/29 | | | | | X | | |
| Martinez; DOD: 1/20 | | | | | X | | |
| Woodard; DOD: 2/5 | | **aft 1/22** | | | | D/C Summary | MM |
| Williams; DOD: 2/18 | | | X | X | X | | Ext. granted 3/16 |
| Bisson; DOD: 2/27 | | | X | X | X | | |
| **Cross City:** | | | | | | | |
| Shaw; DOD: 6/18 | | | | | | D/C Summary/**PSYCH** | NFReg |
| **FSP:** | | | | | | | |
| Silva; DOD: 11/22 | | | | | | **PSYCH/2nd Review** | |
| Bryson; DOD: 12/5 | | | | | | (TW) | |
| Holmes; DOD: 2/1 | | | | | X | | |
| McCoy; DOD: 2/13 | | | | | X | | |
| **FWRC:** | | | | | | | |
| Thibault; DOD: 3/2 | | | | | | Death Note | ORMC |
| **Hamilton:** | | | | | | | |
| Hillard; DOD: 9/23 | | | | | | **Incomplete IR** | **Sent: 12/13; Ext. 1/3** |
| Depew; DOD: 3/2 | | | X | X | X | | |
| **Lancaster:** | | | | | | | |
| Nothing | | | | | | | |
| **Lawtey:** | | | | | | | |
| Nothing | | | | | | | |
| **Madison:** | | | | | | | |
| Addison; DOD: 12/3 | | | | | | (TW) | |
| **Marion:** | | | | | | | |
| Billups; DOD: 7/17 | | | | | X/H | | |
| Hamm; DOD: 3/3 | | | X | X | X | X/H | D/C Summary | ORMC |
| **Mayo:** | | | | | | | |
| Gargano; DOD: 3/5 | | | X | X | X | X | D/C Summary | SH |
| **Putnam:** | | | | | | | |
| Nothing | | | | | | | |
| **RMC:** | | | | | | | |
| **Sanders; DOD: 10/20/16** | | | | | | **CAP: Need Revised 508** | |

| Name | | | | | | Status | Sent |
|---|---|---|---|---|---|---|---|
| **Bales; DOD: 3/10/<u>17</u>** | | | | | | **Incomplete IR/CAP** | **Sent: 7/13** |
| **Vesperman; DOD: 3/28/<u>17</u>** | | | | | | **CAP** | |
| **Hobbs; DOD: 4/24/<u>17</u>** | | | | | | **Incomplete IR/CAP** | **Sent: 8/29** |
| **Wilson; DOD: 7/12** | | | | | | **CAP** | |
| Roman; DOD: 7/26 | | | | | | **PSYCH/2nd Review** | |
| **Elder; DOD: 8/6** | | | | | | **CAP** | |
| **Gollub; DOD: 8/7** | | | | | | **CAP: Need Revised 508** | **Sent: 10/13** |
| Watkins; DOD: 9/18 | | | | | X | | |
| **Ridley; DOD: 10/12** | | | | | X/H | **CAP** | |
| **Poston; DOD: 10/25** | | | | | | **PSYCH/CAP** | |
| **Chacon; DOD: 10/28 (from UCI)** | | | | | | **CAP** | |
| Beasley; DOD: 11/12 | | | | | X | | |
| Grim; DOD: 12/6 | | | | | | Incomplete IR/CAP | Sent: 3/21 |
| Berry; DOD: 12/14 | | | | | | Incomplete IR/CAP | Sent: 3/19 |
| Thomas; DOD: 12/18 | | | | | X | | |
| Barnes; DOD: 12/21 | | | | | X | | |
| Howard; DOD: 12/22 | | | | | X | | |
| Brockway; DOD: 12/23 | | | | | X | | |
| Jones; DOD: 12/28 | | | | | X | | |
| Martinez; DOD: 12/30 | | | | | X | | |
| Thomas; DOD: 12/30 | | | | | X | | |
| Rhude; DOD: 12/31 | | | | | X | | |
| Williams; DOD: 12/31 | | | | | X | | |
| Witt; DOD: 12/31 | | | | | X | | |
| Butler; DOD: 1/2 | | | | | X | | |
| Suris; DOD: 1/6 | | | | | X | | |
| Sausville; DOD: 1/7 | | | | | X | | |
| Pressely; DOD: 1/9 | | | | | X | | |
| Finklea; DOD: 1/11 | | | | | | (TW) | |
| Pozek; DOD: 1/14 | | X | | | X | | **Need chart after 1/10/18** |
| Carroll; DOD: 1/19 | | | | | X | | |
| Tavernier; DOD: 1/22 | | | | | X | | |
| Dettman; DOD: 1/23 | | | | | X | | |
| Davis; DOD: 2/3 | | | X | X | X | | |
| Reynolds; DOD: 2/3 | | | | | X | | |
| Beaird; DOD: 2/5 | | | | | X | | |
| Vega; DOD: 2/5 | | | X | X | X | | |
| Taylor; DOD: 2/8 | | | X | X | X | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Odom; DOD: 2/10 | | | | | X | D/C Summary | MM |
| Stansbury; DOD: 2/12 | | | **X** | **X** | X | D/C Summary | SH |
| Griffin; DOD: 2/13 | | | **X** | **X** | X | | |
| Nickson; DOD: 2/22 | | | | | X | | |
| Donald; DOD: 2/23 | | **X** | **X** | **X** | X | | |
| Hickson; DOD: 2/25 | | | **X** | **X** | X | D/C Summary | Homestead |
| Melvin; DOD: 3/4 | | | **X** | **X** | X | D/C Summary | SH |
| Kent; DOD: 3/5 | | **X** | **X** | **X** | | D/C Summary | MM |
| Pender; DOD: 3/7 | | | **X** | **X** | X | | |
| Brown: 3/9 | | | | | X | D/C Summary | MM |
| Leslie; DOD: 3/13 | | | X | X | X | | |
| Washington; DOD: 3/13 | | | X | X | X | | |
| Hines; DOD: 3/17 | | | X | X | X | | |
| Hoffer; DOD: 3/21 | | | X | X | X | | |
| Ivey; DOD: 3/22 | | | X | X | | | |
| Jensen; DOD: 3/22 | | X | X | X | X | D/C Summary | SH |
| Chambers; DOD: 3/27 | | X | X | X | X | | |
| **Suwannee:** | | | | | | | |
| Eliasalas; DOD: 11/2/**16** | | | | | X/H | | |
| Balmased; DOD: 11/16 | | | | | X | | |
| Patterson; DOD: 12/9 | | | **X** | **X** | | | |
| Matos; DOD: 12/28 | | | | | X | **redo after ME Report** | |
| McGrorty; DOD: 1/6 | | | | | X | **redo after ME Report** | |
| Surrency; DOD: 1/9 | | | | | | **Incomplete IR** | **Sent: 3/12** |
| Gamble; DOD: 1/26 | | | | | X | | |
| Suah; DOD: 2/16 | | | | | X | | |
| Wilson; DOD: 2/21 | | | | | X | | |
| **Tomoka:** | | | | | | | |
| Charles; DOD: 9/26 | | | | | X | | |
| Warner; DOD: 10/9 | | | | | | **Incomplete IR** | **Sent: 1/8** |
| Spence; DOD: 12/11 | | | | | X | | |
| Roberts; DOD: 2/3 | | | | | X | D/C Summary | Halifax |
| **Union:** | | | | | | | |
| Selby; DOD: 10/23 | | | | | X | | |
| Walker; DOD: 1/6 | | | | | | **CAP** | |
| Kilgore; DOD: 1/11 | | | | | X | D/C Summary | SH |
| Dewberry; DOD: 1/17 | | | | | X | | |
| Porath; DOD: 1/28 | | | | | X | **CAP** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mehrtens; DOD: 2/3 | | | | | X/H | |
| Pepin; DOD: 2/3 | | | | | X/H | |
| Smethurst; DOD: 3/21 | | X | X | X | X | |

**LATE/OVERDUE in RED**

| REGION 3 OUTSTANDING MORTALITY | 3/27/2018 | CHART | FORMS | FED REP | AUTOPSY | ADD'L RECORDS | |
|---|---|---|---|---|---|---|---|
| **Avon Park:** | | | | | | | |
| Fatton; DOD: 3/13 | | | | | X | | |
| **CFRC:** | | | | | | | |
| Singleton; DOD: 3/19/**17** | | | | | | **PSYCH/2nd Review** | |
| McWilliams; DOD: 12/19 | | | | | | **PSYCH/2nd Review** | |
| Taylor; DOD: 3/5 | | | **X** | **X** | X | | |
| **Hernando:** | | | | | | | |
| Sykes; DOD: 10/27 | | | | | X | **Incomplete IR** | **Sent: 3/12** |
| **Lake:** | | | | | | | |
| Boone; DOD: 6/8 | | | | | X/H | | |
| Jackson; DOD: 3/8 | | | | | X/H | | |
| **Lowell:** | | | | | | | |
| Charlestin; DOD: 11/15 | | | | | | **Incomplete IR** | **Sent: 2/26** |
| McFayden; DOD: 3/5 | | **X** | **X** | **X** | X | D/C Summary | MM |
| Weston; DOD: 3/23 | | X | X | X | X | D/C Summary | MM |
| **Polk:** | | | | | | | |
| Davila-Rosario; DOD: 1/6 | | | | | X | | |
| Taylor; DOD: 1/21 | | | | | X | | |
| Amos; DOD: 2/25 | | | | | | D/C Summary/IIR | St. Joseph/Sent: 3/22 |
| **Sumter:** | | | | | | | |
| Chapman; DOD: 11/12 | | | | | | **Incomplete IR** | **Sent: 1/29** |
| **Zephyrhills:** | | | | | | | |
| McMaster-Wade; DOD: 6/27 | | | | | | **PSYCH/2nd Review** | |
| Bunch; DOD: 12/2 | | | | | X | | |
| Thompson; DOD: 1/15 | | | | | X | | |
| Jackson; DOD: 2/2 | | | | | | (TW) | |
| Ravenell; DOD: 2/9 | | | | | X | | |

**LATE/OVERDUE in RED**

| REGION 4 OUTSTANDING MORTALITY | 3/27/2018 | CHART | FORMS | Fed Rep | AUTOPSY | ADD'L RECORDS | |
|---|---|---|---|---|---|---|---|
| **Charlotte:** | | | | | | | |
| Kirkland; DOD: 7/10 | | | | | | (TW) | |
| Guevarra; DOD: 9/20 | | | | | | (TW) | |
| Campbell; DOD: 10/3 | | | | | | **PSYCH/2nd Review** | |
| Bentley; DOD: 2/21 | | | | | X | D/C Summary | Lee |
| Snider; DOD: 3/19 | | X | X | X | X | | |
| **Dade:** | | | | | | | |
| Farmer; DOD: 3/17 | | | | | | (TW) | |
| Russell; DOD: 8/20 | | | | | X | | |
| Hughes; DOD: 9/14 | | | | | | **Incomplete IR** | **Sent: 12/15** |
| Bellomy; DOD: 9/23 | | | | | | **Incomplete IR** | **Sent: 12/15** |
| Ingraham; DOD: 9/27 | | | | | X | | |
| Scruggs; DOD: 10/23 | | | | | X | | |
| Curry; DOD: 12/3 | | **X** | **X** | **X** | | D/C Summary | Homestead |
| Wilson; DOD: 12/6 | | **X** | **DOD?** | | | | **Lost Charts docum.** |
| Boyd; DOD: 1/4 | | | **502?** | | X | | |
| **Desoto:** | | | | | | | |
| Whittey; DOD: 1/1 | | | | | | **PSYCH/2nd Review** | |
| Brown; DOD: 2/6 | | | | | X | | |
| Hickory; DOD: 3/22 | | X | X | X | X | D/C Summary | Sarasota Mem |
| **Everglades:** | | | | | | | |
| Harris; DOD: 2/15/**17** | | | | | | **PSYCH/2nd Review** | |
| Dorrielan; DOD: 4/1/**17** | | | | | X | | |
| Simmons; DOD: 1/8 | | | | | X | **CAP** | |
| Washington; DOD: 2/9 | | | | | | D/C Summary/IIR | KRMC/Sent: 3/21 |
| Alvarez; DOD: 3/18 | | X | X | X | | | |
| **Hardee:** | | | | | | | |
| Bogan; DOD: 3/2/**17** | | | | | | **2nd Review** | |
| Alvarez; DOD: 1/22 | | | | | X | | |
| **Homestead:** | | | | | | | |
| None | | | | | | | |
| **Martin:** | | | | | | | |
| Long; DOD: 3/26/**17** (from RMC) | | | | | | **CAP** | |
| Cruzberrios; DOD: 8/29 | | | | | X/H | | |
| Hassman; DOD: 11/12 | | | | | X | **PSYCH/2nd Review** | |
| Sage; DOD: 12/8 | | | | | X | | |
| Pedroso-Tejero; DOD: 12/12 | | | | | | (TW) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Thomas; DOD: 12/26 | | | | | | D/C Summary | Martin M. |
| Crawford; DOD: 2/25 | | | **X** | **X** | X | | |
| **Okeechobee:** | | | | | | | |
| Megett; DOD: 4/19/**17** | | | | | | **CAP** | |
| Haynes; DOD: 9/22 | | | | | X | D/C Summary | Raulerson |
| Dixon; DOD: 10/17 | | | | | | **Incomplete IR/CAP** | **Sent: 12/8** |
| Wynds; DOD: 2/12 | | | | | X | D/C Summary | Raulerson |
| Young; DOD: 2/12 | | | | | X | **CAP** | |
| **SFRC:** | | | | | | | |
| Perez; DOD: 3/15/**17** | | | | | | **PSYCH/2nd Review** | |
| Martinez; DOD: 5/6 | | | | | | (TW) | |
| Baker; DOD: 8/19 (from Lake)* | | | | | | **CAP** | |
| Ramey; DOD: 2/10 | | | | | X | | |
| Carver; DOD: 2/18 | | X | | | | D/C Summary | MM; **Ext 2/27** |
| Acosta; DOD: 3/3 | | X | | | X | D/C Summary | Larkin |
| Robles; DOD: 3/23 | | X | X | X | X | D/C Summary | KRMC |

**LATE/OVERDUE in RED**

Worksheet: **CAPS**

| NAME  3/27/18 | DOD | MR COMPLETE | CAP CI | CAP PROPOSAL | CAP APPROVED | CAP REC'D | ADD'L COMMENTS | CME Topic |
|---|---|---|---|---|---|---|---|---|
| James Sanders | 10/20/2016 | RMC: 12/8/16 | RMC | 1/22/2018; 2/15/18 | DENIED: 1/23/18; Approved: 2/21/18 | 3/5/2018 | Incomplete IR sent: 12/6/17; **NEED Revised 508** | Delay; change in sensorium 10/19/16 |
| Homer Bales | 3/10/2017 | RMC: 6/14/17 | RMC | | 1/22/2018 Approved:1/23/18 | | Incomplete IR sent: 7/13; **NEED Outline & Roster** | |
| Walter Long | 3/26/2017 | RMC: 6/14/17 | Martin | | 8/31/2017 Approved: 8/31/2017 | | Incomplete IR sent: 7/13; **Up to Date; (nothing rec'd after 8/31/17)** | Treatment approaches for hepatocellular CA |
| James Vesperman | 3/28/2017 | RMC: 6/7/17 | RMC | | 11/17/2017 Approved: 11/28/2017 | 2/23/18 & | Initiated by 508; **CME  closed ext fx (provider at West Unit)** | Closed Extremity Fracture |
| Shepard Megett | 4/19/2017 | Okeech: 5/2/17 | Okeechobee | | | | Incomplete IR sent: 11/29; **Need CAP Proposal & CAP for wt gain; need eval of 4/18/17; (Rec'd Nothing)** | |
| Eric Hobbs | 4/24/2017 | RMC: 6/15/17 | RMC | | 10/11/2017 Approved: 10/13/2017 | | Incomplete IR sent:8/29; **Need revised 508 & CME; (nothing rec'd after 10/13/17)** | Pancreatic CA Diagnosis & Treatment |
| Tommy Wilson | 7/12/2017 | RMC: 8/18/17 | RMC | | 2/15/2018 Addendum: 2/27/18 | | Initiated by 508; **NEED CAP; WRONG CME; Address Hypotension in CAP Proposal** | UTI/Cystitis & C-diff |
| Marvin Elder | 8/6/2017 | RMC: 9/25/17 | RMC | | 11/17/2017 Approved: 11/30/2017 | | Initiated by 508; **Need CME on CHF by provider at West Unit; (nothing rec'd after 11/30/17)** | CHF management |
| John Gollub | 8/7/2017 | RMC: 9/19/17 | RMC | 10/25/2017; 1/22/18; 2/15/18 | DENIED: 1/23/18; Approved: 2/26/18 | 2/23/2018 & 3/6/18 | Incomplete IR sent:10/13 & 10/27; **NEED Revised 508** | Lung Cancer (all physicians involved) |
| Bernard Baker | 8/19/2017 | Lake: 9/1/17 | SFRC | | | | Initiated by 508; **NEED CAP Proposal & CAP; (Rec'd Nothing)** | |
| Macarthur Griffin | 9/4/2017 | RMC: 10/9/17 | Walton | | 2/15/2018 Addendum: 2/26/18 | | Incomplete IR sent: 12/4/17; **NEED CME; REDO CAP Proposal** | Exceeding the 2 week guideline (Oncology); Delay |
| Craig Ridley | 10/12/2017 | RMC: 1/11/18 | RMC | | 2/15/2018 | 3/6/18 (partial) | Initiated by 508; **Need CAP; NEED AUTOPSY BEFORE CAP APPROVAL; RN training?** | Patients w/Neurological Changes; Nurses Training |
| John Dixon | 10/17/2017 | Okeech: 11/14/17 | Okeechobee | | | | Incomplete IR sent: 12/8; **Need CAP Proposal, CAP, Revised 508 & CME; (Rec'd Nothing)** | Abdominal Pain & Weight loss |
| Christopher Poston | 10/25/2017 | RMC: 11/22/17 | RMC | awaiting MH review | | | Initiated by 508; **Need CAP Proposal & CAP; (Rec'd Nothing)** | |
| Luis Chacon | 10/28/2017 | Union: 12/18/17 | RMC | **Challenge: 2/20/18** | Approved: 2/27/18 | | Initiated by 508; **Need CAP** | Medical Errors & Proper Documentation |
| Timothy Cowdry | 10/30/2017 | RMC: 1/11/18 | Taylor | | 12/18/2017 Approved:1/12/2018 | | Initiated by 508; **Need CME on eval, dx & tx for dysphagia; RN In service:triage of sick call complaints** | Eval, dx & tx of dysphagia (ARNP Kendrick) |
| William King | 11/29/2017 | Wakula: 1/5/18 | Wakulla | | 12/18/2017 Approved:1/10/2018 | | Initiated by 508; **to be completed NLT 2/1/18; In service RN protocols; chart review** | |
| Garry Grim | 12/6/2017 | RMC: 1/11/18 | RMC | | | | Incomplete IR sent: 3/22/18; Delay | |
| Alvin Berry | 12/14/2017 | RMC: 1/5/18 | RMC | | | | Initiated by Dr. Whalen; Delay CT & Consult | |
| Patrick Wilkinson | 12/25/2017 | NWFRC: 3/1/18 | NWFRC | 1/16/2018 awaiting MH review | | | Initiated by 508; **Have CAP memo; deferred CAP until MH review is complete then will need CAP** | |
| Ronald Walker | 1/6/2018 | Union: 2/2/18 | Union | | | | Initiated by 508; **Need CAP Proposal & CAP; (Rec'd Nothing)** | |
| William Simmons | 1/8/2018 | Everglades: 2/6/818 | Everglades | | 2/1/2018 Approved: 2/9/2018 | | Initiated by 508; **NEED CAP & CME** | Acute Abdominal Pain |
| Marc Mazzo | 1/17/2018 | Gulf: 2/12/18 | Gulf | 2/7/2018 awaiting MH review | | | **Have CAP memo; deferred CAP until MH review is complete then will need CAP** | |
| Marko Hernandez | 1/28/2018 | Taylor: 2/28/18 | Taylor | | | | Initiated by 508; | |
| Thomas Porath | 1/28/2018 | Union: 3/15/18 | Union? RMC? | | | | Initiated by 508; Nursing failed to notify provider | |
| Christopher Green | 2/11/2018 | Taylor: 2/26/18 | Taylor | 3/1/2018 | 3/6/2018 | | Initiated by 508; **Respiratory; Nursing Inservice; PowerPoint Presentation** | Respiratory |
| Ricky Young | 2/12/2018 | Okeech: 3/7/18 | Okeechobee | 3/8/2018 | 3/14/2018 | | **Initiated by 508; Need CAP: Nursing training** | |
| Michael Benton | 2/20/2018 | Jackson: | Jackson & CFRC | 3/13/2018 | | | **NO 508 yet; Have CAP Proposal; CAP:CME** | Atrial Fib |
| Terry Murr | 2/22/2018 | NWFRC: | NWFRC | 3/2/2018 | | | **No 508 yet; Have CAP Proposal** | |
| | | | | | | | | |
| Ronald Hughes | 9/14/2017 | Dade: 11/13/17 | Dade | | | | Incomplete IR sent: 12/15; detailed timeline of cancer care (15 months); **LATE** | |
| Levoan Hillard | 9/23/2017 | Hamilton: 10/23/17 | Hamilton | Ext granted: 1/3/18 | | | Incomplete IR sent: 12/13; detailed timeline; **Ext. Granted 1/3/18; LATE** | |
| Alfred Bellomy | 9/23/2017 | Dade: 11/13/17 | Dade | | | | Incomplete IR sent: 12/15; detailed timeline; **LATE** | |
| Myrl Warner | 10/9/2017 | Tomoka: 10/24/17 | Tomoka | | | | Incomplete IR sent: 1/8; detailed timeline; **LATE** | |
| Elizabeth Sykes | 10/27/2017 | Hernando: 11/16/17 | Hernando | | | | Incomplete IR sent: 3/12/18; detailed timeline; **LATE** | |
| Robert Chapman | 11/12/2017 | Sumter: 12/4/17 | Sumter | | | | Incomplete IR sent: 1/29/18; Warned that illegal drugs kill?; **LATE** | |
| Herviole Charlestin | 11/15/2017 | Lowell: 2/12/18 | Lowell | | | | Incomplete IR sent: 2/26/18; detailed timeline; **LATE** | |
| Alvin Berry | 12/14/2017 | RMC: 1/5/18 | RMC | | | | Inco9mplete IR sent: 3/19/18; NEED CAP (See above) | |
| Stacy Surrency | 1/9/2018 | Suwannee: 3/1/18 | Suwannee | | | | Incomplete IR sent: 3/12/18; detailed timeline; **LATE** | |
| Carl Jackson | 2/2/2018 | Zephyrhills: 3/2/18 | Zephyrhills | | | (TW) | Incomplete IR sent: 3/16/18; why wasn't IV started? | |
| Keith Washington | 2/9/2018 | Everglades: 3/13/18 | Everglades | | | | Incomplete IR sent: 3/20/18; detailed timeline of all medical interventions | |
| Rodney Amos | 2/25/2018 | Polk: 3/7/18 | Polk | | | | Incomplete IR sent: 3/22/18; detailed timeline | |