# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators of
the Estate of Curtis Dettmann,

    Plaintiffs,

v.                                        Case No.: 3:20-cv-00036-BJD-JRK

CENTURION OF FLORIDA, LLC, et al.,

    Defendants.
_____/

## DEFENDANT CENTURION OF FLORIDA, LLC'S
## ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

    Defendant, Centurion of Florida, LLC ("Centurion"), submits its answers to Plaintiffs' Second Set of Interrogatories, and states as follows:

### Preliminary Statement and General Objections

    The answers are based on Defendant's present knowledge of the facts apparently relevant to this action. Defendant has not completed its investigation of the facts, discovery proceedings in this case, or preparation for trial. Defendant accordingly reserves the right to make appropriate changes in its answers or to supplement those answers should it appear at any time that an omission or error has been made or that additional or more accurate information should be included.

4843-8970-9553.1

Defendant further reserves its right to rely upon any and all information at trial, whether or not disclosed at this time in answer to these requests.

Discovery should be tailored according to the claims and defenses in this case, and Defendant objects to requests outside those parameters. To the extent that any or all requests call for information prepared or obtained in anticipation of litigation or for trial, or otherwise protected from disclosure by the work- product doctrine, the attorney-client privilege, or any other privilege, Defendant objects to such requests on such grounds. Defendant is not obliged to and will not disclose information protected from discovery by virtue of said privileges or doctrines. The foregoing general objections are incorporated by reference into each response as though fully set forth, regardless of whether any or all of said objections are repeated in response to any specific request.

## ANSWERS TO INTERROGATORIES

1. Please identify every C. Diff case at RMC between January 1, 2015 and January 30, 2018. For each such case, please identify every individual by name and inmate number, the date(s) of diagnosis, any medications prescribed, or treatment provided, medical personnel involved in treatment, and any hospitalization or death that resulted from the C. Diff infection.

**ANSWER:** Centurion objects to this interrogatory as it seeks information not relevant to any party's claims or defenses at issue in this case. The claims in this action relate to the care, or alleged lack thereof, provided to Mr. Dettman while he was housed at RMC. Details regarding the diagnosis and treatment of C. Diff of all other inmates housed at RMC has no relevance to the care Mr. Dettman did or did not receive. For example, three years of records from inmates who <u>received</u> treatment for C.Diff is irrelevant to Plaintiff's claims where it is alleged that Mr. Dettman was <u>not</u> tested, diagnosed, or treated for C.Diff. In addition, RMC houses

2

hundreds of inmates at any given time, many of whom are transferred to RMC from outside facilities due to their already existing medical conditions, including C.Diff. The collection of their medical information related to C.Diff is irrelevant to the claims at issue in this case. Centurion also objects to this interrogatory because it seeks information protected by the Health Insurance Portability and Accountability Act (HIPAA).

Centurion additionally objects to this interrogatory as it is overly broad, unduly burdensome and not proportional to the needs of the case. Mr. Dettman was housed at RMC for a short time in December 2017 – January 2018. The cases of C.Diff at this facility for the three years prior to his admission is too broad of a time frame and not related to Plaintiff's claims that Mr. Dettman was not tested or diagnosed with C.Diff or that there is a policy or practice at RMC that led to Mr. Dettman's alleged injuries in January 2018. The request is also overly broad and unduly burdensome because it is not limited to the individual providers named as defendants in this case, and there is no reason why the care of other providers to other patients has any relevance in this matter.

Centurion additionally objects to this interrogatory as it seeks information not in its custody or control. Centurion does not keep in the regular course of business a record specific to all C.Diff infections at RMC and the treatment thereof. To provide the information requested would require searches through the individual medical records of all the inmates ever housed at RMC for the requested time, which is unduly burdensome and not proportional to the needs of the case. In addition, the Florida Department of Corrections—not Centurion—is the record custodian for medical records of current and former inmates. While Centurion has access to medical records of inmates who are currently incarcerated and being treated, Centurion does not have access to medical records of other inmates, including inmates who have died, been released, or who are not currently being treated. To the extent this interrogatory seeks information about inmates who fall into the latter categories, Centurion does not have access to such information and cannot reasonably get access to such information.

## **DECLARATION**

I have read the foregoing Answers to Plaintiff's Second Set of Interrogatories and declare under penalty of perjury that they are true and correct to the best of my knowledge and belief.

Dated:_____

                        CENTURION OF FLORIDA, LLC

                By: _____
                        Deanna Johnson
                        General Counsel

Dated: August 13, 2021

/s/ Brian A. Wahl
Brian A. Wahl (FBN 95777)
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

R. Craig Mayfield (FBN 429643)
Jacob Hanson (FBN 91453)
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
cmayfield@bradley.com
jhanson@bradley.com

Molly M. Walker (MSB 100689)
**Admitted Pro Hac Vice**
Bradley Arant Boult Cummings LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
mmwalker@bradley.com

*Counsel for Defendants Centurion of Florida, LLC; Rakesh Sharma; Marinette Gonzalez Morales; David Rodriguez; Gerardo Pedroza; Tanesha Adkins; Elizabeth Morton; Clarissa Moody; Priscilla Roberts; Tamara Taylor; Alex Renelus; and Kayla McCarter*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I served the foregoing via email to all counsel of record, as follows:

Jesse B. Wilkison, Esq.
SHEPPARD, WHITE, KACHERGUS & DEMAGGIO, P.A.
215 N. Washington Street
Jacksonville, FL 32202
sheplaw@sheppardwhite.com
***Counsel for Plaintiff***

Arthur R. Loevy, Esq.
Sarah C. Grady, Esq.
Stephen H. Weil, Esq.
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
sarah@loevy.com
arthur@loevy.com
weil@loevy.com
***Co-Counsel for Plaintiff***

Jordan M. Janoski, Esq.
MURPHY & ANDERSON, P.A.
1501 San Marco Boulevard
Jacksonville, FL 32207
jjanoski@murphyandersonlaw.com
***Counsel for Lois Brown, Lorie Swanson and Barbara Purvis***

Barry A. Postman, Esq.
Chelsea Furman, Esq.
Claire R. Hurley, Esq.
COLE SCOTT & KISSANE, P.A.
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
Barry.postman@csklegal.com
chelsea.furman@csklegal.com
***Counsel for Sharon Cooper and Tabatha Mahoney***

Michael L. Glass, Esq.
Christine N. Gargano, Esq.
STONE, GLASS & CONNOLLY, LLP
3020 Hartley Road, Suite 250
Jacksonville, FL 32257
mglass@sgc-attorneys.com
pleadings@sgc-attorneys.com
thumphrey@sgc-attorneys.com
***Counsel for Julies Jones, Erich Hummel, Thomas Reimers, Timothy Whalen, David Allen***

*/s/ Brian A. Wahl*
***Counsel for Defendants Centurion of Florida, LLC; Rakesh Sharma; Marinette Gonzalez Morales; David Rodriguez; Gerardo Pedroza; Tanesha Adkins; Elizabeth Morton; Clarissa Moody; Priscilla Roberts; Tamara Taylor; Alex Renelus; and Kayla McCarter***