**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators of the Estate
of Curtis Dettmann,**

          **Plaintiffs,**

**v.**                               **Case No. 3:20-cv-00036-BJD-JRK**

**CENTURION OF FLORIDA, LLC,
et at.,**

          **Defendants.**

_____

**NOTICE OF SETTLEMENT**

      Plaintiffs, by and through undersigned counsel, file this notice to inform the Court that Plaintiffs have reached a settlement with Centurion of Florida, LLC that resolves all claims in this case.

Respectfully submitted,

_____/s/ Jesse B. Wilkison_____
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:     (904) 356-9661
Facsimile:     (904) 356-9667
Email:          sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF