IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH MCCRIMMON and CARON
DETTMANN, as Co-Administrators of the Estate
of Curtis Dettmann,

        Plaintiffs,

v.                                               Case No. 3:20-cv-00036-BJD-JRK

CENTURION OF FLORIDA, LLC,
et at.,

        Defendants.
_____

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION TO DISMISS OR OTHER DOCUMENTS TO CLOSE FILE

Plaintiffs by and through undersigned counsel and pursuant to Local Rule 3.09, hereby moves this Honorable Court for its Order authorizing a thirty-day extension of time for the Parties to file a stipulation of dismissal or other closing documents of this cause. In support thereof, Plaintiffs state as follows:

1. On February 9, 2022, the Plaintiff filed a notice of settlement in this cause.

2. On February 16, 2022, this Court entered an order directing the parties to filed a joint motion for dismissal or other appropriate documents to close out the file by April 11, 2022.

3. The Parties have agreed to a final settlement agreement and are currently in the process of executing that agreement. While the Parties do not expect any issues with effectuating the settlement, Plaintiffs do not wish to dismiss the case until the settlement has been completely finalized.

WHEREFORE, Plaintiffs respectfully request an additional thirty days for the Parties to finish finalizing the settlement and file a joint motion for dismissal or other appropriate documents to close out the file, such that these filings would be due on or before May 11, 2021.

## **CERTIFICATE OF COMPLIANCE WITH RULE 3.01(G)**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with counsel for Centurion, who represent they do not oppose the above requested relief.

## **MEMORANDUM OF LAW**

Local Rule 3.09(a), Rules for the United States District Court for the Middle District of Florida, provides: "No trial, hearing or other proceeding shall be continued upon stipulation of counsel alone, but a continuance may be allowed by order of the court for good cause shown."

Further, Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the Court may, for good cause, extend the time if a request is made before the original time or its extension expires. In the instant case, this motion and request for an extension of time has been made before the time to close the file and will allow the Parties to finalize settlement in this case. This motion is not made for purposes of undue delay and comes with the consent of Defendants. Accordingly, this Court should grant the instant motion.

Respectfully submitted,

    /s/ Jesse Wilkison
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio & Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the following by Electronic Mail, this 11th day of April, 2022.

        **Brian A. Wahl, Esquire**
        **Bradley Arant Boult Cummings LLP**
        **1819 5th Avenue N.**
        **Birmingham, AL 35203**

        **Michael L. Glass, Esq.**
        **Christine N. Gargano, Esq.**
        **STONE, GLASS & CONNOLLY, LLP**
        **3020 Hartley Road, Suite 250**
        **Jacksonville, FL 32257**

                          */s/ Jesse Wilkison*
                         ATTORNEY