IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SARAH MCCRIMMON and CARON**
**DETTMANN, as Co-Administrators of the Estate**
**of Curtis Dettmann,**

        **Plaintiffs,**

v.                                                Case No. 3:20-cv-00036-BJD-JRK

**CENTURION OF FLORIDA, LLC; et al.,**

        **Defendants.**
_____

### NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiffs, by and through their undersigned counsel and pursuant to Fed. R. Civ. P.41(a)(1)A(ii), hereby dismiss with prejudice of all claims asserted herein with each party to bear its own attorney's fees and costs. Defendants stipulate to the Dismissal.

Dated:  May 11, 2022

Respectfully Submitted,

/s/ Jesse Wilkison
Wm. J. Sheppard, Esquire
Florida Bar No.:  109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, & Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:     (904) 356-9661
Facsimile:     (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

/s/ Brian Wahl
Brian Alexander Wahl
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Ave N
PO Box 830709
Birmingham, AL 35203-2120
205/521-8593
Fax: 205/488-6593
Email: bwahl@bradley.com
COUNSEL FOR CENTURIOIN DEFENDANTS

/s/ Michael Glass
Michael Lee Glass
Stone, Glass & Connolly, LLP
3020 Hartley Rd, Ste 250
Jacksonville, FL 32257
904/886-1919
Fax: 904/886-9292
Email: mglass@sgc-attorneys.com

/s/ Claire Hurley
Claire R. Hurley
Cole Scott and Kissane PA
222 Lakeview Avenue., Suite 120
West Palm Beach, FL 33401
561-383-9230
Email: claire.hurley@csklegal.com

## Certificate of Service

**I HEREBY CERTIFY** that on May 11, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jesse Wilkison
**ATTORNEY**